UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Cameron Lemar Fox**                                 **Docket No. 5:21-CR-427-1M**

### Petition for Action on Supervised Release

COMES NOW Brittany N. Simmons, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Cameron Lemar Fox, who, upon an earlier plea of guilty to Possession With Intent to Distribute 500 Grams or More of Cocaine, in violation of 21 U.S.C. § 841(a)(1), was sentenced by the Honorable Richard E. Myers II, Chief United States District Judge, on April 18, 2023, to the custody of the Bureau of Prisons for a term of 96 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

As the result of an Executive Grant of Clemency, Cameron Lemar Fox was released from custody on January 21, 2025, at which time the term of supervised release commenced.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On July 5, 2025, the defendant committed the offense of Driving While Impaired (25CR352864) in Edgecombe County, North Carolina. When confronted, the defendant admitted to consuming alcohol and then driving, noting that he parked his car and was attempting to sleep at the time of the arrest. The defendant expressed remorse for his actions and acknowledges the lapse of judgment. To address this issue and the defendant's thinking patterns, the probation office recommends participation in a cognitive behavioral program, in addition to participation in our district's Remote Alcohol Monitoring Program for a period of 60 days. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

2. The defendant shall abide by all terms and conditions of the Remote Alcohol Monitoring Program, as directed by the probation officer, for a period not to exceed 60 consecutive days.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                  I declare under penalty of perjury that the foregoing is true and correct.

/s/ Mark Culp                                         /s/ Brittany N. Simmons
Mark Culp                                              Brittany N. Simmons
Supervising U.S. Probation Officer              U.S. Probation Officer
                                                              310 New Bern Avenue, Room 610
                                                              Raleigh, NC 27601-1441
                                                              Phone: 919-861-8669
                                                              Executed On: July 11, 2025

Cameron Lemar Fox
Docket No. 5:21-CR-427-1M
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __14th__ day of __July__, 2025, and ordered filed and made a part of the records in the above case.

_Richard E Myers II_
Richard E. Myers II
Chief United States District Judge